IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3112 |
| V. | ) | |
| AGUSTIN LUNA LOPEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 9) is granted.

DATED this 1st day of May, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge